The People of the State of New York, Respondent, 
against
Angela Shannon, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered March 26, 2015, convicting her, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered March 26, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of third-degree assault (see Penal Law § 120.00[1]). The misdemeanor complaint and supporting deposition recited that defendant and her cohort "both str[uck] [complainant] about the face with a closed fist causing swelling and substantial pain." Contrary to defendant's present contention, these allegations were sufficient for pleading purposes to establish that defendant, acting alone or in concert with another, had caused physical injury to the complainant (see Penal Law §§ 20.00, 120.00).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 05, 2017